COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel P. Quigley (009809)
Email: dquigley@CDQLaw.com
J. Neil Stuart (028569)
Email: nstuart@CDQLaw.com
   Attorneys for Trans Union LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amberly Nealer and Michael Nealer, | Case No. _____ |
| Plaintiffs, | |
| v. | **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** |
| Wells Fargo Bank, National Association and Trans Union LLC, | (Removed from McDowell Mountain Justice Court, Maricopa County, Case No. CC2017-071316) |
| Defendants. | |

Defendant Trans Union LLC ("Trans Union") removes this action, currently pending in the McDowell Mountain Justice Court of the State of Arizona in Maricopa County, Case No. CC2017-071316 ("State Court Action"), to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.  As grounds for removal, Trans Union states as follows:

### PROCEDURAL BACKGROUND

1.     On or about April 19, 2017, Amberly Nealer and Michael Nealer ("Plaintiffs") filed their Original Complaint in the State Court Action, against Defendants Wells Fargo Bank, National Association ("Wells Fargo") and Trans Union.  Plaintiff alleges that Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

2.      The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.  No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

3.      Trans Union was served with Plaintiff's Original Complaint on April 26, 2017. Wells Fargo was served with Plaintiff's Complaint on April 26, 2017.  This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

## GROUNDS FOR REMOVAL

4.      The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States.  Removal is thus proper because Plaintiff's claims present a federal question.  *Id.*  In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5.      Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Trans Union received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

7.      Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the McDowell Mountain Justice Court of the State of Arizona in and for the County of Maricopa, as required by 28 U.S.C. § 1446(d).

8.      Pursuant to 28 U.S.C. § 1446(a) and Local Rule 3.6, a copy of all process, pleadings, and orders served upon Trans Union in the State Court Action is attached hereto

COHEN DOWD QUIGLEY

as Exhibit A.  The copies attached hereto as Exhibit A are true and complete copies of all pleadings and other documents filed in the State Court Action.   [See May 16, 2017 Verification of J. Neil Stuart, attached as Exhibit B.]

9.     Trial has not commenced in the McDowell Mountain Justice Court of the State of Arizona in and for the County of Maricopa.

10.    All Defendants that have been served upon the date filing of this Notice of Removal consent to the removal of this case.  By filing this Notice of Removal, Trans Union LLC consents to the removal of this case.  Joinder in the Removal from Wells Fargo is attached hereto as Exhibit C.

WHEREFORE, Trans Union LLC respectfully requests that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATED this 16th day of May, 2017.

COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
  *Attorneys for Trans Union, LLC*

*/s/  J. Neil Stuart*
Daniel P. Quigley
J. Neil Stuart



COHEN DOWD QUIGLEY

COHEN DOWD QUIGLEY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kevin F. McCarthy
Devan E. Michael
**MCCARTHY LAW PLC**
4250 North Drinkwater Blvd., Suite 320
Scottsdale, Arizona 85251
Devan.michael@mccarthylawyer.com
  *Counsel for Plaintiff*

Adam Elliott Lang
Jenny J. Winkler
**SNELL & WILMER LLP**
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-0001
alang@swlaw.com
jwinkler@swlaw.com
  *Counsel for Defendant Wells Fargo Bank,*
  *National Association*

/s/  *J. Neil Stuart*
J. Neil Stuart