# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amberly Nealer, et al., | No. CV-17-01488-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Wells Fargo Bank NA, et al., | |
| Defendants. | |

The Court having considered the Stipulation of Dismissal as to Trans Union LLC (Doc. 22) with prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is granted. This action is dismissed with prejudice as to Defendant Trans Union LLC with each party to bear its own attorneys' fees and costs.

Dated this 18th day of August, 2017.

_____
Honorable G. Murray Snow
United States District Judge